# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0403
_____

FREDERICK LEONARD SHAW,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


January 15, 2026


PER CURIAM.

DENIED.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Frederick Leonard Shaw, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.